**SHELL OIL COMPANY**
CISSELON NICHOLS HURD, ESQ.
P.O. Box 2463
4888 One Shell Plaza
Houston, TX  77252-2463
Tel:  (713) 241-0979
Fax:  (713) 241-1427

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MICHAEL K. JOHNSON (SBN 130193)
One Sansome St., Suite 1400
San Francisco, CA  94104
Tel:  (415) 362-2580
Fax:  (415) 434-0882
Attorneys for Defendant and Cross-Defendant
SHELL OIL COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and DEPARTMENT OF TOXIC SUBSTANCES CONTROL OF THE STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>THE ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY, et al.<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS AND THIRD PARTY ACTIONS | CONSOLIDATED ARVIN CASES:<br><br>No.   CV-F-92-5068  OWW<br>No.   CV-F-96-6226  OWW<br>No.   CV-F-96-6228  OWW<br><br>**STIPULATION AND ORDER EXTENDING SHELL OIL COMPANY'S TIME TO FILE COST BILL AS PREVAILING PARTY BEYOND STATUTORY PERIOD**<br><br>Judgment Date: 9/10/2003<br>Judge Hon. Oliver W. Wanger |

   IT IS HEREBY AGREED by and among the parties, through their respective counsel, that due to the complexity and duration of this matter, good cause exists to provide defendant Shell Oil Company with an extension of time until to **July 31, 2009** to file its cost bill as the prevailing party in this matter.

DATED: June __, 2009.

_____
JAMES R. MACAYEAL, Attorney
for Plaintiff UNITED STATES OF AMERICA

DATED: June __, 2009.

_____
ANN RUSHTON, Attorney
for Plaintiff CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL

DATED: June __, 2009.

_____
MICHAEL K. JOHNSON, Attorney
for Defendant and Cross-Complainant SHELL OIL COMPANY

DATED: June __, 2009.

_____
MARC A. ZEPPETELLO, Attorney
for Defendants and Cross-Complainants THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY et al.

**ORDER**

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that defendant Shell Oil Company be permitted to file its cost bill as prevailing party in this action beyond the statutory period set forth in Local Rule 54-292, on or before **July 31, 2009**. IT IS SO ORDERED.

**Dated:   June 12, 2009**          /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE