1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  DON ROBINSON, State Bar No. 72402
   Supervising Deputy Attorney General
3  ANN RUSHTON, State Bar No. 62597
   Deputy Attorney General
4    300 South Spring Street, Suite 1702
     Los Angeles, CA  90013
5    Telephone: (213) 897-2608
     Fax: (213) 897-2802
6    E-mail: Ann.Rushton@doj.ca.gov
   *Attorneys for Plaintiff*
7  *California Department of Toxics Substance Control*

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; DEPARTMENT OF TOXIC SUBSTANCES CONTROL, STATE OF CALIFORNIA,<br><br>                  Plaintiffs,<br><br>v.<br><br>BURLINGTON NORTHERN & SANTA FE RAILWAY COMPANY, as successor in interest to the Atchison, Topeka, & Santa Fe Railway Company; UNION PACIFIC TRANSPORTATION COMPANY, as successor in interest to the Sourthern Pacific Transportation Company; and SHELL OIL COMPANY,<br><br>                  Defendants. | D.C. Nos.  CV-92-05068-OWW<br><br>           CV-96-06226-OWW<br><br>           CV-96-06228-OWW<br><br>**DESIGNATION OF ATTORNEY**<br><br>Judge:  HON. OLIVER W. WANGER |

23         **TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS:**

24                 **PLEASE TAKE NOTICE** that the Attorney General of the Stateo of California,

25  counsel for plaintiff Department of Toxic Substances Control, has changed the attorney

26  designated to represent plaintiff in this action. Effective immediately, the new attorney is ANN

27  RUSHTON Deputy Attorney General, whose name and address are as follows:

28

                                                                                 Designation of Attorney

```
                    ANN RUSHTON
                    Deputy Attorney General
                    300 South Spring Street, Suite 1702
                    Los Angeles, CA  90013
                    Telephone: 213-897-2608
                    Fax:  213-897-2802
                    Email: ann.rushton@doj.ca.gov
```

To avoid unnecessary delays, please dierect all pleadings and correspondence to the attention of ANN RUSHTON at the above address.

Dated: July 21, 2009                                Respectfully Submitted,

                                                    EDMUND G. BROWN JR.
                                                    Attorney General of California
                                                    DON ROBINSON
                                                    Supervising Deputy Attorney General

                                                    *Ann Rushton*

                                                    ANN RUSHTON
                                                    Deputy Attorney General
                                                    *Attorneys for Plaintiff*
                                                    *Department of Toxics Substance Control*

SA1996CV1466
Document in ProLaw