1  **SHELL OIL COMPANY**
   CISSELON NICHOLS HURD, ESQ.
2  P.O. Box 2463
   4888 One Shell Plaza
3  Houston, TX  77252-2463
   Tel:  (713) 241-0979
4  Fax:  (713) 241-1427

5  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   MICHAEL K. JOHNSON (SBN 130193)
6  One Sansome St., Suite 1400
   San Francisco, CA  94104
7  Tel:  (415) 362-2580
   Fax:  (415) 434-0882
8  Attorneys for Defendant and Cross-Defendant
   SHELL OIL COMPANY
9

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12

13

14                                          ) CONSOLIDATED ARVIN CASES:
                                             )
15 THE ATCHISON, TOPEKA & SANTA              ) No.      CV-F-92-5068  OWW
   FE RAILWAY COMPANY, et al.,               ) No.      CV-F-96-6226  OWW
16                                           ) No.      CV-F-96-6228  OWW
                 Plaintiffs,                 )
17                                           )
         v.                                  ) **JUDGMENT FOR**
18                                           ) **SHELL OIL COMPANY**
   BROWN & BRYANT, INC., et al.,             )
19                                           ) [FRCP 54(b)]
                 Defendants.                 )
20 _____   )
                                             ) Judge Hon. Oliver W. Wanger
21 UNITED STATES OF AMERICA                  )
                                             ) Trial Date: March 30, 1999
22               Plaintiff,                  )
                                             )
23       v.                                  )
                                             )
24 THE ATCHISON, TOPEKA & SANTA              )
   FE RAILWAY COMPANY, et al.                )
25                                           )
                 Defendants.                 )
26 _____   )

27

28

4833-5495-3220.1                    -1-

| | |
|---|---|
| DEPARTMENT OF TOXIC SUBSTANCES CONTROL, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY, et al. | ) ) ) ) |
| Defendants. | ) ) |
| AND RELATED CROSS-CLAIMS AND THIRD PARTY ACTIONS | ) ) ) |

This action came on for trial before this Court, the Honorable Oliver W. Wanger presiding, and Judgment was entered on September 10, 2003 against defendants Shell Oil Company ("Shell") and Burlington Northern and Santa Fe Railway Company (as successor in interest to The Atchison, Topeka & Santa Fe Railway Company) and Union Pacific Railroad Company (as successor in interest to Southern Pacific Transportation Company) (the "Railroads").  The Judgment was affirmed in part and reversed in part by the Ninth Circuit Court of Appeals in *United States v. Burlington Northern & Santa Fe Railway*, 520 F.3d 918 (9th Cir. 2008).

On June 23, 2008, Shell and the Railroads filed Petitions for Writs of Certiorari with the United States Supreme Court, which were granted.  On May 4, 2009, the United States Supreme Court issued its opinion, reversing the decision of the Ninth Circuit, finding no liability on the part of Shell, affirming this Court's apportionment determination as to the Railroads, and remanding this matter for further proceedings consistent with the opinion. *Burlington Northern & Santa Fe Railway Co. et al. v. United States*, 556 U.S. ___, 129 S.Ct. 1870 (2009).

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECLARED:

1.	Plaintiffs United States of America and California Department of Toxic Substances Control, and Cross-Complainants Burlington Northern and Santa Fe

1  Railway Company (as successor in interest to The Atchison, Topeka & Santa Fe
2  Railway Company) and Union Pacific Railroad Company (as successor in interest to
3  Southern Pacific Transportation Company), shall recover nothing from, or as against
4  Defendant Shell Oil Company.

5      2.  The matter having been fully adjudicated, the Court finds no just reason
6  for delaying entry of final judgment with regard to Shell, and final judgment pursuant
7  to FRCP rule 54(b) hereby is and shall be entered in favor of Defendant Shell Oil
8  Company and against Plaintiffs.

11  IT IS SO ORDERED.
12  **Dated:   August 26, 2009**              /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE