```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


THE ATCHISON, TOPEKA & SANTA FE    )    CONSOLIDATED ARVIN CASES
RAILWAY COMPANY, et al,            )    1:92-cv-5068 OWW
                                   )    1:96-cv-6226 OWW
            Plaintiffs,            )    1:96-cv-6228 OWW
                                   )
     v.                            )    ORDER AFTER STATUS
                                   )    CONFERENCE
BROWN & BRYWNT, INC., et al.,      )
                                   )
            Defendants.            )
                                   )
_____)
                                   )
UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
     v.                            )
                                   )
THE ATCHISON, TOPEKA & SANTA FE    )
RAILWAY COMPANY, et al.            )
                                   )
            Defendants.            )
                                   )
_____)
```

///

///

///

///

///

///

1

```
DEPARTMENT OF TOXIC SUBSTANCES   )
CONTROL,                          )
                                  )
               Plaintiff,         )
                                  )
     v.                           )
                                  )
THE ATCHISON, TOPEKA & SANTA FE   )
RAILWAY COMPANY, et al.           )
                                  )
               Defendants.        )
                                  )
_____ )
                                  )
AND RELATED CROSS-CLAIMS AND      )
THIRD PARTY ACTIONS.              )
_____ )
```

I.   Date of Scheduling Conference.

   October 28, 2009.

II.  Appearances Of Counsel.

   James R. MacAyeal, Esq., appeared on behalf of Plaintiff, United States of America, and specially appearing Department of Toxic Substances Control.

   Lewis Brisbois Bisgaard & Smith LLP by Michael K. Johnson, Esq., appeared on behalf of the Defendant Shell Oil Company.

   Marc A. Zeppetello, Esq., appeared on behalf of the Plaintiff The Atchison Topeka & Santa Fe Railway Company.

III. Status of Remaining Issues In Case.

   1.   The parties acknowledge that Judgment has been entered for Shell Oil Company in this case.  The matter of the Cost Bill of Shell Oil Company is pending before the Court.

   2.   The remaining parties have been negotiating regarding the subject of the costs by the United States and DTSC as prevailing parties for remediation expenses as have been incurred following the trial of this action.

Case 1:92-cv-05068-OWW-DLB   Document 1517   Filed 10/29/09   Page 3 of 3

**3.   All parties agree that following resolution of the Shell Oil Cost Bill, it is anticipated by the parties that the judgment in this case shall be final and the case will be closed.**

IT IS SO ORDERED.

Dated:   **October 28, 2009**           **/s/ Oliver W. Wanger**
                                 UNITED STATES DISTRICT JUDGE